**UNITED STATES of America,**
**Appellee,**

v.

**Jaouad BELLAHCEN Defendant–**
**Appellant.**

**No. 03–1020.**

United States Court of Appeals,
Second Circuit.

Nov. 13, 2003.

A. Alan Seidler, Nyack, NY, for Appellant.

Harry Sandick, Assistant United States Attorney (James G. Cavoli, Assistant United States Attorney, James B. Comey, United States Attorney, on the brief), United States Attorney's Office for the Southern District of New York, for Appellee, of counsel.

PRESENT: LEVAL, CABRANES, Circuit Judges and GARAUFIS,* District Judge.

## SUMMARY ORDER

Appellant Jaouad Bellahcen appeals from a judgment of conviction entered on December 26, 2002 in the United States District Court for the Southern District of New York (Harold Baer, *Judge* ), and following a plea of guilty to the sole count in the indictment filed against him. The indictment charged that Bellahcen trafficked in and used one or more unauthorized access devices–namely, stolen telephone calling card numbers issued by AT & T, Inc.–in violation of 18 U.S.C. §§ 1029(a)(2) and (2).

The sole issue on appeal is whether the District Court erred when it found that Bellahcen was responsible for between $1.5 million and $2.5 million in loss, and thus imposed a 12–level enhancement to

---

* The Honorable Nicholas G. Garaufis, of the United States District Court for the Eastern District of New York, sitting by designation.

Bellahcen's sentence pursuant to U.S.S.G. § 2F1.1(b)(1)(M).

We have reviewed the record, and we find no error in the District Court's enhancement of Bellahcen's sentence. Accordingly, we hereby AFFIRM the judgment of conviction.